IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

William Saxby Rothe, Jr. - #68594

CV 09 80146MISC VRW

**ORDER TO SHOW CAUSE**

It appearing that William Saxby Rothe, Jr. has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that he may not practice law while so enrolled effective May 29, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

William Saxby Rothe, Jr.
Attorney At Law
7347 Shiloh Rdg
Santa Rosa, CA 95403