FILED

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-09-80146 MISC VRW |
| William Saxby Rothe, Jr., | ORDER |
| State Bar No 68594 | |

On July 2, 2009, the court issued an order to show cause (OSC) why William Saxby Rothe, Jr. should not be removed from the roll of attorneys authorized to practice law before this court, based upon his tender of resignation with charges pending, effective May 29, 2009.

The OSC was mailed to Mr Rothe's address of record with the State Bar on July 7, 2009. A written response was due on or before August 11, 2009. No response to the OSC has been filed as of this date.

The court now orders William Saxby Rothe, Jr. removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

William Saxby Rothe, Jr.,

Case Number: C09-80146 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


William Saxby Rothe, Jr.
7347 Shiloh Rdg
Santa Rosa, CA 95403


Dated: October 21, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk